

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Wolfgang Hirczy v. Citibank, N.A.

Appellate case number:   01-13-00986-CV

Trial court case number: 1001936

Trial court:             County Court at Law No. 2

      Appellant's Motion for En Banc Reconsideration is DENIED.


      It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                   Acting for the Court


Date: September 30, 2014

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.